JOHN W. MACKAY, Respondent, *v.* MARTIN NILAND, Appellant.

*MacKay* v. *Niland*, 153 App. Div. 916, appeal dismissed. (Submitted March 24, 1913; decided April 1, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term declaring a tax lease invalid.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that no exceptions appeared in the record which the Court of Appeals had jurisdiction to review.

*A. W. Hendrickson, Jr.,* for motion.

*Edgar L. Ryder* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that there is no exception which raises any question that can be reviewed in this court.